IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRAIN CHARLES,                     :    CIVIL ACTION
                                   :    NO. 99-2430
            Petitioner             :
      v.                           :
                                   :
JOSEPH W. CHESNEY, et al.,         :
                                   :
            Respondents            :

**ORDER**

**AND NOW**, this **19th** day of **January, 2023,** after

considering Petitioner's Rule 60(b) motion, and any responses

thereto, it is hereby **ORDERED** that the motion is **DENIED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**